**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Floyd Emmanual,<br><br>Plaintiff,<br><br>vs.<br><br>Abdukadir Ahmed Ibrahim and Cadence Premier Cargo, Inc.,<br><br>Defendants. | Civil Action No. 4:26-cv-02604-JD<br><br>**DEFENDANTS ABDUKADIR AHMED IBRAHIM AND CADENCE PREMIER CARGO, INC'S ANSWERS TO LOCAL CIVIL RULE 26.01 (D.S.C.) INTERROGATORIES** |

Defendants Abdukadir Ahmed Ibrahim and Cadence Premier Cargo, Inc. ("Defendants"), in accordance with Rules 33 and 11 of the Federal Rules of Civil Procedure and Local Civil Rule 26.01(D.S.C.), hereby answer the Court's interrogatories as follows:

(A) State the full name, address and telephone numbers of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER**: Defendants are not aware of any persons or legal entities that may have a subrogation interest in Plaintiff's claim.

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER**: Plaintiff demands a jury trial, and Defendants will also demand a jury trial. This lawsuit involves factual issues appropriate for a jury's determination.

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER**: Defendant Cadence Premier Cargo, Inc. is not a publicly-owned company.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER**: The subject incident occurred in Florence County, which is located in the Florence Division of this Court.

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER**: Defendants are not aware of any related actions.

(F) If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleadings reflecting the correct identification.

**ANSWER**: Defendants are properly identified.

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet. Although the civil cover sheet requires only that parties disclose pending related cases, this interrogatory and this district's assignment procedures require disclosure of any prior or pending related case whether civil or criminal. Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS44 Civil Cover Sheet.

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER**: Defendants will investigate the circumstances of the accident and conduct discovery to determine whether any other person or legal entity is, in whole or in part, liable to Plaintiff or Defendants, and Defendants will amend this answer if appropriate.

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** Upon information and belief, Defendant Abdukadir Ahmed Ibrahim is a citizen of Onondaga County, New York. Defendant Cadence Premier Cargo, Inc. is a corporation with its principal place of business in Will County, Illinois.

s/ Curtis L. Ott
Curtis L. Ott, Fed ID No. 5939
Jada T. Wilson, Fed ID No. 14328
Gallivan, White & Boyd, P.A.
PO Box 7368
Columbia, SC 29202-7368
cott@gwblawfirm.com
jtwilson@gwblawfirm.com
(803) 779-1833 Ofc

*Attorneys for Defendants*

Columbia, South Carolina
October 27, 2026